UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT VAN CLEAVE,

       Petitioner,                              Civil Action No.
                                                    07-CV-11899

vs.

                                                    PAUL D. BORMAN
JEFF WHITE,                                 UNITED STATES DISTRICT JUDGE

       Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS, AND DENYING A CERTIFICATE OF APPEALABILITY**

On December 7, 2009, Magistrate Judge Paul J. Komives issued a Report and Recommendation ("R&R") in which he recommends that Petitioner's Application for Writ of Habeas Corpus be denied and that a certificate of appealability be denied.

No objections have been filed and the time to do so has expired. The Court has had an opportunity to fully review this matter and finds that Magistrate Judge Komives has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' R&R dated December 7, 2009, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Petitioner's Application for Writ of Habeas Corpus is denied.

IT IS FURTHER ORDERED that a certification of appealability is denied.

                    S/Paul D. Borman
                    PAUL D. BORMAN
                    UNITED STATES DISTRICT JUDGE

Dated: December 29, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 29, 2009.

                    S/Denise Goodine
                    Case Manager