UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT VAN CLEAVE,

       Petitioner,                            Civil Action No.
                                                07-CV-11899

vs.

                                                PAUL D. BORMAN

JEFF WHITE,                             UNITED STATES DISTRICT JUDGE

       Respondent.
_____/

### ORDER DENYING PETITIONER'S "EMERGENCY MOTION TO VACATE JUDGMENT"

      Now before the Court is Petitioner's "Emergency Motion to Vacate Judgment" [docket entry 18]. On December 7, 2009, Magistrate Judge Paul J. Komives issued a Report and Recommendation ("R&R") in which he recommended that Petitioner's Application for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. No objections were filed. On December 29, 2009, after the expiration of the deadline for objections, the Court issued an order accepting and adopting the R&R and entered judgment in favor of Respondent. *See* docket entries 16, 17. On January 8, 2010, Petitioner filed the present "Emergency Motion to Vacate Judgment" in which he states, in pertinent part that: "Petitioner, through excusable oversight failed to timely tender objections to the [R&R]" because "[c]ounsel was not aware that Magistrate Judge Komives had filed a [R&R] in this matter until Counsel discovered that [the Court] had entered . . . judgment." Because Petitioner has failed to file timely objections to the R&R in accordance with Fed. R. Civ. P. 72(b), Petitioner's "Emergency Motion to Vacate Judgment" is denied.

1

SO ORDERED.

                                          S/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  January 26, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 26, 2010.

                                          S/Denise Goodine
                                          Case Manager